**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

          Plaintiff,               Case No.:

v.

NEWTONGEN, INC.,
RICHARD SCARPELLI, AND
GARY LUFKIN,

          Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Dassault Systèmes SolidWorks Corporation ("DS SolidWorks"), by its undersigned counsel as and for its Complaint against Defendant NewtonGen, Inc. ("NewtonGen"), Defendant Richard Scarpelli ("Scarpelli"), and Defendant Gary Lufkin ("Lufkin") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of NewtonGen's unauthorized and willful use and copying of DS SolidWorks's SOLIDWORKS software package.

## THE PARTIES

1.     Plaintiff DS SolidWorks is a Delaware corporation, having a principal

place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2.     On information and belief, Defendant NewtonGen is a Delaware Corporation having a principal place of business at 12104 Marblehead Dr., Tampa, FL, 33626.

3.     On information and belief, Defendant Scarpelli is an adult individual residing in Mexico.

4.     On information and belief, Defendant Lufkin is an adult individual residing at 12104 Marblehead Dr., Tampa, FL, 33626.

<u>**JURISDICTION AND VENUE**</u>

5.     This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks's SOLIDWORKS software packages and under state law for breach of contract.

6.     This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).   This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

7.     This Court has personal jurisdiction over NewtonGen because, among other things, NewtonGen resides in and transacts business in Florida and in this judicial district.  **Exhibit 1.**

8.    This Court has personal jurisdiction over Scarpelli because, among other things, Scarpelli is the Chief Technical Officer ("CTO") of NewtonGen and traveled to Tampa, FL in his role as CTO to transact business in Florida and in this judicial district. Scarpelli used unlicensed copies of SOLIDWORKS software in Florida and in this judicial district. **Exhibit 2**, at 6/8 and **Exhibits 3–4**.

9.    This Court has personal jurisdiction over Lufkin because, among other things, Lufkin is the Chief Executive Officer ("CEO") of NewtonGen and a resident of Florida, also residing in this judicial district. **Exhibit 2,** at 6/8 and **Exhibit 5**.

10.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

11.    DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

12.    DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

13.     DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations below in Table 1, also attached as **Exhibit 6**, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX0008895494 | SOLIDWORKS 2019 |
| TX0008885576 | SOLIDWORKS 2020 |
| TX0009112305 | SOLIDWORKS 2021 |
| TX 0009074914 | SOLIDWORKS 2022 |

Table 1

**Detection of Infringement by Defendants**

14.     The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies unauthorized uses of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

15.     Through its monitoring technology, DS SolidWorks detected at least 1529 unauthorized uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least three different computers (the "Computers") since January 2020.

16.    Through its monitoring technology, DS SolidWorks detected unauthorized uses of unlicensed and unauthorized copies of SOLIDWORKS add-ons, such as the Inspection, Plastics, Simulation, MBD, CAM, and PDM add-ons on the Computers since January 2020.

17.    Through its monitoring technology, DS SolidWorks detected the Media Access Control ("MAC") addresses shown on Table 2, below, on the Computers while unauthorized and unlicensed SOLIDWORKS was being used.

| Computer | Mac Addresses |
|----------|---------------|
| 1 | dc4628f669aa<br>dc4628f669ad<br>dc4628f669a9<br>606d3c76de70 |
| 2 | 2cf05dc91809<br>ac8247f92878<br>ac8247f92874<br>ac8247f92875 |
| 3 | c48508656fe9<br>e8039ab162f1 |

Table 2

**Computer 1**

18.    Through its monitoring technology, DS SolidWorks detected that at least 263 of the above-referenced 1529 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

19.    Through its monitoring technology, DS SolidWorks detected that at least 236 unauthorized uses of unlicensed and unauthorized copies of the

SOLIDWORKS software on Computer 1 occurred in the United States between December 2023 and April 2025.

20.    Through its monitoring technology, DS SolidWorks detected unauthorized uses of unlicensed and unauthorized copies of SOLIDWORKS add-ons, such as the Inspection Simulation, CAM and PDM add-ons on Computer 1 in the United States since December 2023.

21.    Through its monitoring technology, DS SolidWorks detected a Machine Host ID having the name "N2023" on Computer 1.

22.    Through its monitoring technology, DS SolidWorks detected a Machine Host ID having the name "Rs" on Computer 1.

23.    Scarpelli's first name is Richard.

24.    Scarpelli's last name is Scarpelli.

25.    "Rs" is a combination of Scarpelli's initials.

26.    Through its monitoring technology, DS SolidWorks detected the email domain "newtongen.com" on Computer 1.

27.    Scarpelli is a user of Computer 1.

28.    Scarpelli has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

29.    Scarpelli has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1 in the United States.

30.　　Scarpelli is the CTO of NewtonGen. **Exhibits 2–4**.

31.　　NewtonGen operates out of 12104 Marblehead Dr., Tampa, FL 33626.

32.　　Lufkin is the CEO of NewtonGen. **Exhibits 2** and **5**.

33.　　Lufkin resides in a house at 12104 Marblehead Dr., Tampa, FL 33626.

34.　　Scarpelli designs electricity and energy generation systems, such as generator components and light-emitting diode (LED) systems, for NewtonGen.

35.　　Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1 to design electricity and energy generation systems, such as generator components and LED systems.

36.　　Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1 to do work for NewtonGen.

37.　　Scarpelli has visited Florida on more than one occasion to do work for NewtonGen.

38.　　Scarpelli visited Tampa, Florida on at least one occasion between December 2023 and April 2025 to do work for NewtonGen.

39.　　Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1 to do work for NewtonGen while in Florida.

40.　　Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 146 of the above-referenced 236 uses of the

unlicensed and unauthorized copies of SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 9310 Anderson Rd., Tampa, FL 33634.

41.    The hotel Wood Spring Suites Tampa Airport North Veterans Expressway is located at 9310 Anderson Rd., Tampa, FL 33634.

42.    Upon information and belief, Scarpelli visited the Wood Springs Suites Tampa Airport North Veterans Expressway on at least one occasion between March 20, 2024 to May 17, 2024.

43.    Upon information and belief, Scarpelli visited the Wood Springs Suites Tampa Airport North Veterans Expressway on at least one occasion between January 24, 2025 to April 11, 2025.

44.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 85 of the above-referenced 236 uses of the unlicensed and unauthorized copies of SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 5421 W. Waters Ave, Tampa, FL, 33634.

45.    The hotel Comfort Suites Tampa Airport North is located at 5421 W. Waters Ave, Tampa, FL, 33634.

46.    Upon information and belief, Scarpelli visited the Comfort Suites Tampa Airport North on at least one occasion between December 10, 2023 to December 19, 2023.

47.    Upon information and belief, Scarpelli visited the Comfort Suites Tampa Airport North on at least one occasion between February 19, 2024 to March 19, 2024.

48.    NewtonGen controlled Scarpelli's use of unauthorized copies of the SOLIDWORKS software on Computer 1.

49.    NewtonGen financially benefited from Scarpelli's use of unauthorized copies of SOLIDWORKS software on Computer 1.

50.    Lufkin, as CEO of NewtonGen, controlled Scarpelli's use of unauthorized copies of the SOLIDWORKS software on Computer 1.

51.    Lufkin, as CEO of NewtonGen, financially benefited from Scarpelli's use of unauthorized copies of SOLIDWORKS software on Computer 1.

**Computer 2**

52.    Through its monitoring technology, DS SolidWorks detected that at least 1,120 of the above-referenced 1,529 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

53.    Through its monitoring technology, DS SolidWorks detected a Machine Host ID having the name "Richard Scarpelli" on Computer 2.

54.    Through its monitoring technology, DS SolidWorks detected a Machine Host ID having the name "DESKTOP-JQO7CIN" on Computer 2.

55.    Through its monitoring technology, DS SolidWorks detected the email address "rs@newtongen.com" on Computer 2.

56.    Scarpelli's first name is Richard.

57.    Scarpelli's last name is Scarpelli.

58.    "rs" are Scarpelli's initials.

59.    Scarpelli's email address to do work for NewtonGen is "rs@newtongen.com."

60.    Scarpelli is a user of Computer 2.

61.    Scarpelli has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

62.    Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2 to design electricity and energy generation systems, such as generator components and LED systems.

63.    Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2 to do work for NewtonGen.

64.    NewtonGen controlled Scarpelli's use of unauthorized copies of the SOLIDWORKS software on Computer 2.

65.     NewtonGen financially benefited from Scarpelli's use of unauthorized copies of SOLIDWORKS software on Computer 2.

66.     Lufkin, as CEO of NewtonGen, controlled Scarpelli's use of unauthorized copies of the SOLIDWORKS software on Computer 2.

67.     Lufkin, as CEO of NewtonGen, financially benefited from Scarpelli's use of unauthorized copies of SOLIDWORKS software on Computer 2.

**Computer 3**

68.     Through its monitoring technology, DS SolidWorks detected that at least 146 of the above-referenced 1,529 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

69.     Through its monitoring technology, DS SolidWorks detected a Machine Host ID having the name "rs" on Computer 3.

70.     Scarpelli's first name is Richard.

71.     Scarpelli's last name is Scarpelli.

72.     "rs" are Scarpelli's initials.

73.     Through its monitoring technology, DS SolidWorks detected the email domain "newtongen.com" on Computer 3.

74.     Scarpelli is a user of Computer 3.

75.     Scarpelli has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

76.    Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 3 to design electricity and energy generation systems, such as generator components and LED systems.

77.    Scarpelli has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 3 to do work for NewtonGen.

78.    NewtonGen controlled Scarpelli's use of unauthorized copies of the SOLIDWORKS software on Computer 3.

79.    NewtonGen financially benefited from Scarpelli's use of unauthorized copies of SOLIDWORKS software on Computer 3.

80.    Lufkin, as CEO of NewtonGen, controlled Scarpelli's use of unauthorized copies of the SOLIDWORKS software on Computer 3.

81.    Lufkin, as CEO of NewtonGen, financially benefited from Scarpelli's use of unauthorized copies of SOLIDWORKS software on Computer 3.

**Infringement, Circumvention, and Breach by Defendants**

82.    The Computers are owned by at least one of the Defendants.

83.    Computer 1 is owned by at least one of the Defendants.

84.    NewtonGen purports to offer sustainable, clean electricity and energy generation systems.

85.    DS SolidWorks' SOLIDWORKS software packages are frequently used by developers of electricity and energy generation systems, such as developers of generator components.

86.    NewtonGen uses SOLIDWORKS software packages to design its electricity and energy generation systems, including generator components and LED systems.

87.    Scarpelli uses SOLIDWORKS software packages to design electricity and energy generation systems, such as generator components and LED systems, for NewtonGen.

88.    The Computers have been used by at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen.

89.    Computer 1 has been used by at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen.

90.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen downloaded one or more copies of SOLIDWORKS from the internet.

91.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen installed one or more copies of SOLIDWORKS on the Computers.

92.     At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen installed one or more copies of SOLIDWORKS on Computer 1.

93.     During the installation process of SOLIDWORKS, a link to a License Agreement is displayed on the screen of the computer. A copy of the License Agreement is attached as **Exhibit 7**, hereto.

94.     The License Agreement states that "…installing and using [SOLIDWORKS]…will signify your agreement to be bound by these terms and conditions." **Exhibit 7**, at 2/45.

95.     At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

96.     At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen installed and used SOLIDWORKS on Computer 1, thereby accepting to be bound by the terms and conditions of the License Agreement.

97.     One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use

[SOLIDWORKS] in any computer or copy it without a right to do so from DS."
**Exhibit 7**, at 2/45.

98.    The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license fee for a single-user license of SOLIDWORKS has been paid for such copy: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." **Exhibit 7**, at 3/45-4/45.

99.    But Defendants did not pay the license fee for the copies of SOLIDWORKS that were installed.

100.    Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

101.    Additional terms and conditions of the License Agreement include that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS SolidWorks is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any

steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." **Exhibit 7**, at 24/45.

102.    Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures.

103.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

104.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen ran the SolidSquad (SSQ) crack on Computer 1 following the installation of SOLIDWORKS while being physically located in Florida.

105.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

106.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on Computer 1 while being physically located in Florida.

107.   At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen have been using DS SolidWorks' SOLIDWORKS software packages without authorization or permission from DS SolidWorks by using a cracked version of SOLIDWORKS.

108.   Upon information and belief, Lufkin and NewtonGen received a direct financial benefit from the use of SOLIDWORKS by at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen.

**Notice of Infringement**

109.   Between January 3, 2024 and March 6, 2024, a license compliance investigator from DS SolidWorks communicated with Scarpelli, Lufkin and NewtonGen via email to Scarpelli, Lufkin, and NewtonGen, attempting to resolve NewtonGen's unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached. Emails from the communications between the license compliance investigator for DS SolidWorks, Scarpelli, Lufkin, and NewtonGen from January 3, 2024 through March 6, 2024 are attached hereto as **Exhibit 8**.

110.   On February 27, 2024 and again on April 23, 2024, counsel for DS SolidWorks attempted to communicate with Scarpelli, Lufkin, and NewtonGen via email communication regarding NewtonGen's unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached.

Letters from the communications sent by counsel for DS SolidWorks are attached hereto as **Exhibit 9**.

111. On August 28, 2024, counsel for DS SolidWorks again attempted to communicate with Scarpelli, Lufkin, and NewtonGen via email communication regarding NewtonGen's unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached. Emails from the communications between counsel for DS SolidWorks, Scarpelli, Lufkin, and NewtonGen are attached hereto as **Exhibit 10**.

112. Despite notice from DS SolidWorks about the unlicensed and unauthorized use of SOLIDWORKS software packages at NewtonGen, Scarpelli, employees of NewtonGen, and/or persons under the control of NewtonGen did not stop the unlicensed and unauthorized use of SOLIDWORKS software packages until at least May 24, 2025.

**Vicarious Liability by Lufkin**

113. Lufkin is the CEO of NewtonGen.

114. As CEO of NewtonGen, Lufkin has the right and ability to supervise the use of CAD software by NewtonGen's employees or persons under its control.

115. Scarpelli is the CTO of NewtonGen and a person under NewtonGen's control.

116. Lufkin had the right and ability to supervise the above-described

unlicensed and unauthorized use of DS SOLIDWORKS Software packages by Scarpelli, other employees of NewtonGen, and/or persons under the control of NewtonGen.

117. As CEO of NewtonGen, Lufkin had the right and ability to supervise all of the above-mentioned unauthorized and unlicensed uses of DS SolidWorks' SOLIDWORKS software packages via the use of the SolidSquad crack.

118. Lufkin has been the CEO of NewtonGen since at least January 2020.

119. As CEO of NewtonGen, Lufkin receives direct financial benefit from NewtonGen's use of CAD software.

120. Lufkin received a direct financial benefit from the above-described unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

**Contributory Liability by Lufkin**

121. Lufkin was contacted regarding NewtonGen's unauthorized and unlicensed use of DS SolidWorks packages on January 3, 2024, March 6, 2024, and August 28, 2024. See, **Exhibits 8** and **10**.

122. Lufkin knew about the unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS packages by Scarpelli, NewtonGen's employees and/or persons under its control of NewtonGen by January 3, 2024.

123. The unauthorized and unlicensed use of DS SolidWorks'

SOLIDWORKS packages by Scarpelli, NewtonGen's employees and/or persons under its control has continued up to May 24, 2025.

124.   On information and belief, Scarpelli, NewtonGen's employees and/or persons under its control will continue their unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

125.   As CEO of NewtonGen, Lufkin provides computers and software to NewtonGen's employees and/or persons under its control.

126.   Lufkin provided computers with unlicensed and unauthorized copies of DS SolidWorks' SOLIDWORKS software packages to Scarpelli, NewtonGen's employees and/or persons under its control.

127.   Lufkin allowed the use of unlicensed and unauthorized copies of DS SolidWorks' SOLIDWORKS software packages to Scarpelli, NewtonGen's employees and/or persons under its control.

128.   Lufkin materially contributed to the above-described unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

129.   As CEO of Newton, Lufkin authorizes and directs the activities of Scarpelli, NewtonGen's employees and/or persons under its control.

130.   Lufkin authorized Scarpelli, NewtonGen's employees and/or persons under its control to engage in unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

131.   Lufkin directed Scarpelli, NewtonGen's employees and/or persons under its control to engage in unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

## COUNT I
## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

132.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

133.   SOLIDWORKS, including SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, and SOLIDWORKS 2022 is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

134.   DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

135.   At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen downloaded the SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

136.   Subsequently to downloading a copy of SOLIDWORKS, at least one of Scarpelli, employees of NewtonGen, or persons under the control of

NewtonGen installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

137.  Each time at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen executed and/or used the SOLIDWORKS software on the one or more computers they caused the computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without authorization or permission from DS SolidWorks.

138.  At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen executed SOLIDWORKS on at least one of the Computers.

139.  By making unauthorized copies of SOLIDWORKS as described above, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen infringed and violated (directly or indirectly) DS SolidWorks' copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks' exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

140.  Lufkin and NewtonGen had the right and ability to supervise the above-described infringement of DS SolidWorks' copyrights.

141.  Lufkin and NewtonGen received a direct financial benefit from the

above-described infringement of DS SolidWorks' copyrights.

142.   Lufkin and NewtonGen had knowledge of the above-described infringements.

143.   Lufkin and NewtonGen materially contributed to and/or induced the above-described infringement.

144.   At least one of Scarpelli's, Lufkin's or NewtonGen's infringement and violation of DS SolidWorks' copyrights has been knowing and willful.

145.   DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II
## CIRCUMVENTION OF TECHNOLOGICAL MEASURES
## (17 U.S.C. § 1201)

146.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

147.   SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized alphanumeric key provided by DS SolidWorks to properly licensed users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

148.   Neither NewtonGen, Scarpelli, nor Lufkin received an authorized alphanumeric key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses via the use of the SolidSquad crack.

149.   Upon information and belief, at least one of Scarpelli, employees of NewtonGen, and/or persons under the control of NewtonGen circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

150.   Upon information and belief, at least one of Scarpelli, employees of NewtonGen, and/or persons under the control of NewtonGen used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

151.   By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, at least one of Scarpelli, employees of NewtonGen, and/or persons under the control of NewtonGen have violated 17 U.S.C. § 1201.

152.   Each time at least one of Scarpelli, employees of NewtonGen, and/or persons under the control of NewtonGen used SOLIDWORKS modified by the SolidSquad (SSQ) crack, at least one of Scarpelli, employees of NewtonGen, and/or persons under the control of NewtonGen violated 17 U.S.C. § 1201 by avoiding, bypassing, deactivating, or otherwise impairing SOLIDWORKS' technological measures.

153.   Lufkin and NewtonGen had a right and ability to supervise the above-described circumvention.

154.   Lufkin and NewtonGen received a direct financial benefit from the above-described circumvention.

155.   Lufkin and NewtonGen had knowledge of the above-described circumvention.

156.   Lufkin and NewtonGen materially contributed to and/or induced the above-described circumvention.

157.   DS SolidWorks has been damaged by at least one of NetonGen's, Scarpelli's, or Lufkin's above-described actions.

## COUNT III

## BREACH OF CONTRACT

## (Massachusetts Common Law)

158.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

159.    The installation of SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, and SOLIDWORKS 2022 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement.  See **Exhibit 7**.

160.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen accepted the SOLIDWORKS License agreement when they installed and/or used SOLIDWORKS 2019, SOLDIWORKS 2020, SOLIDWORKS 2021, and SOLIDWORKS 2022.

161.    The License Agreement states "[i]f you have paid the license fee for a single-user license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." **Exhibit 7,** at 3/45.

162.    Neither NewtonGen, Scarpelli, nor Lufkin paid the license fee for the above-mentioned unauthorized and unlicensed uses.

163.    By installing and/or using SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, and SOLIDWORKS 2022 on the Computers without paying

the license fee, at least one of Scarpelli, Lufkin, employees of NewtonGen, or persons under the control of NewtonGen breached the License Agreement.

164. The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" **Exhibit 7**, at 2/45.

165. Neither NewtonGen, Scarpelli, nor Lufkin received a right to load, use or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

166. At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen downloaded the SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

167. Subsequent to downloading a copy of SOLIDWORKS, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

168. Each time at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen executed SOLIDWORKS, at least one of

Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

169.    At least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen executed SOLIDWORKS at least on the Computers.

170.    By copying SOLIDWORKS as described above, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen breached the License Agreement by copying SOLIDWORKS without the right to do so.

171.    By loading SOLIDWORKS at least onto the Computers, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen breached the License Agreement by loading SOLIDWORKS without the right to do so.

172.    By using SOLIDWORKS on the Computers, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen breached the License Agreement by using SOLIDWORKS without the right to do so.

173.    The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take

any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." **Exhibit 7**, at 24/45.

174.    Upon information and belief, after installing SOLIDWORKS, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen ran the SolidSquad (SSQ) crack program.

175.    Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

176.    By running the SolidSquad (SSQ) crack program, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen breached the License Agreement.

177.    DS SolidWorks did not provide NewtonGen, Scarpelli, and/or Lufkin a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen for the above-referenced unlicensed and unauthorized uses.

178.    By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Scarpelli, employees of NewtonGen, or persons under the control of NewtonGen breached the License Agreement.

179.   The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. **Exhibit 7**, at 3/45.

180.   DS SolidWorks has been damaged by the aforementioned breach.

## PRAYER FOR RELIEF

WHEREFORE, DS SolidWorks prays for relief as follows:

A.    For a judgment determining that NewtonGen, Scarpelli, and Lufkin have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

B.    For a judgment determining that NewtonGen, Scarpelli, and Lufkin have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.    For a finding that such infringement and/or circumvention was willful;

D.    For a judgment determining that NewtonGen, Scarpelli, and Lufkin have breached the License Agreement under Massachusetts Common Law;

E.    For a judgment preliminarily and permanently enjoining and restraining NewtonGen, including their officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, Scarpelli, and Lufkin from directly or indirectly infringing DS SolidWorks's copyrights;

F.    For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of NewtonGen,

Scarpelli, and Lufkin (iii) statutory damages of $150,000 per work infringed, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.     For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of NewtonGen, Scarpelli, and Lufkin, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H.     For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.     For such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

DS SolidWorks hereby demands a trial by jury in this action.

DATED: October 23, 2025.

Respectfully Submitted,

*/s/ Erik Johanson*
Erik Johanson, Esq.
Florida Bar No. 106417
Joseph R. Boyd, Esq.
Florida Bar No. 1039873
ERIK JOHANSON PLLC

3414 W. Bay to Bay Blvd.
Suite 300
Tampa, FL 33629
Tel : (813) 210-9442
erik@johanson.law
jr@johanson.law
ecf@johanson.law
*Local Counsel for Plaintiff*

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis, Esq.
(Lead Counsel)
Jeremiah J. Foley, Esq.
Colette E. Verch, Esq.
5445 Corporate Drive, Suite 200
Troy, Michigan 48088
Tel:  (248) 641-1600
Fax: (248) 641-0270
*gforbis@harnessip.com*
*jfoley@harnessip.com*
*Cverch@harnessip.com*
*Lead Counsel for Plaintiff*
*(Pending Admission Pro Hac Vice)*